**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705

Telephone (714) 285-9600
Facsimile (714) 285-9700

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC. (erroneously sued and served as UNITED AIR LINES INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |
|---|---|
| SHIRLEY DIANE WAY, | Case No. **C08 01781 HRL** |
| Plaintiff, | [Santa Clara County Superior Court Case No. 107CV099006] |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) AND 28 U.S.C. § 1441(b)** |
| UNITED AIR LINES INC. | |
| Defendants. | |
|  | Complaint Filed: 11/16/2007 Trial Date: None Set |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, UNITED AIRLINES, INC., hereby removes to this Court the State Court Action described below.

1.     Defendant, UNITED AIRLINES, INC., hereby invokes the jurisdiction of this Court based upon the provisions of 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, on the basis of diversity of citizenship.

///

///

2.     On November 16, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled *"Shirley Diane Way v. United Air Lines, Inc."* Case No. 107CV099006. A copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."** The Complaint in this matter was served on CSC, Registered Agent for Service of Process for Defendant, UNITED AIRLINES, INC., on January 9, 2008. A copy of the Service of Process is attached as **Exhibit "B."** The Complaint was not a document from which this case could be removed.

3.     On January 23, 2008, counsel for Defendant, UNITED AIRLINES, INC., caused to be served upon Plaintiff, an Answer to the Complaint filed herein. A copy of the Answer to the Complaint is attached hereto as **Exhibit "C."**

4.     On January 23, 2008, counsel for Defendant UNITED AIRLINES, INC., caused to be served upon Plaintiff, SHIRLEY DIANE WAY, a Request for Statement of Damages. A copy of the Request for Statement of Damages is attached hereto as **Exhibit "D."**

5.     On March 7, 2008, Plaintiff served a Response to Request for Statement of Damages on Defendant, UNITED AIRLINES, INC., setting forth loss of income in the amount of $31,000; future loss of income in the amount of $240,000.00, special damages to date of $33,961.00; general damages (pain and suffering) in the amount of $50,000.00 and estimated costs for future weekly pain management treatment over the next twenty years in the amount of $200,000.00. Plaintiff's damages currently total **$554,961.00** (although Plaintiff's Statement of Damages reflects a total of $599,961.00 (an apparent miscalculation). A copy of the Response to Request for Statement of Damages is attached hereto as **Exhibit "E"**

6.     Pursuant to 28 U.S.C. § 1446(b), defendant has thirty (30) days from the date it receive the Plaintiff's Statement of Damages, March 7, 2008, to remove this matter to the United States District Court for the Northern District of California, San Jose Division, since the Statement of Damages is "other paper from which it may first be ascertained that the case is removable on the basis of jurisdiction conferred by Section 1332 of this Title..."

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

7.      This is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, as evidenced by **Exhibit "D."**

8.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, and is between citizens of different states.

9.      Defendant is informed and believes that Plaintiff, SHIRLEY DIANE WAY resides in the City of San Jose and was, and still is, a citizen of the State of California.

10.      Defendant, UNITED AIRLINES, INC. was, at the time of the filing of this action, and still is, incorporated under the laws of the State of Delaware, having its principal place of business in the State of Illinois. Defendant, UNITED AIRLINES, INC. conducts most of its activity in the State of Illinois, and is most visible and impacts the public in the State of Illinois. The majority of UNITED AIRLINES, INC.'s employees are within the State of Illinois, its tangible property is located in the State of Illinois and its central hub is located at O'Hare Airport, Chicago, Illinois.

11.      Accordingly, the United States District Court for the Central District of California has diversity jurisdiction, and this action is properly removed pursuant to 28 U.S.C., §1441(b), et seq.


DATED: March 31, 2008

                                    **WORTHE HANSON & WORTHE**


                                    By: _____
                                         TODD C. WORTHE, ESQ.
                                         Attorneys for Defendant, UNITED
                                         AIRLINES, INC.

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Shirley Diane Way<br>2981 Tahoe Way<br>San Jose, Santa Clara, CA 95125<br><br>TELEPHONE NO. 408-267-9609    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional) ableza@pacbell.net<br>ATTORNEY FOR (Name): In Pro Per | 07 NOV 16 AM 8: 37<br><br>KIRI TORRE<br>CHIEF EXEC. OFFICER/CLERK<br>SUPERIOR COURT OF CA.<br>COUNTY OF SANTA CLARA<br>BY_____ DEPUTY<br>Gh Duarte |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 191 N. First St.
MAILING ADDRESS: 191 N. First St.
CITY AND ZIP CODE: San Jose CA 95113
BRANCH NAME: Downtown Superior Court

PLAINTIFF:  Shirley Diane Way

DEFENDANT:  United Air Lines Inc.

[✓] DOES 1 TO  20

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER |
|---|---|
| [ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE    [ ] OTHER (specify):<br>  [ ] Property Damage    [ ] Wrongful Death<br>  [✓] Personal Injury    [ ] Other Damages (specify):<br>Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded [ ] does not exceed $10,000<br>              [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | 1 07 CV 099006 |

1. **Plaintiff** (name or names):  Shirley Diane Way
   alleges causes of action against defendant (name or names):
   United Air Lines Inc.; United Airlines employees, crew and staff; UA Flight 406 flight crew
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ]    except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ]    except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Way vs United Air Lines Inc. | |

4. ☐ Plaintiff *(name)*:

   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except defendant** *(name)*: United Air Lines Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ **except defendant** *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*.

   b. ☐ **except defendant** *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except defendant** *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 1 through 10 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers)*: 11 through 20 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

| SHORT TITLE: | | PLD-PI-001 |
|---|---|---|
| Way vs United Air Lines Inc | CASE NUMBER | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [✓] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify)*:

11. Plaintiff has suffered
   a [✓] wage loss
   b [ ] loss of use of property
   c. [✓] hospital and medical expenses
   d [✓] general damage
   e. [ ] property damage
   f. [✓] loss of earning capacity
   g. [✓] other damage *(specify)*:

      Pain and suffering
      Permanent injury requiring ongoing medical care

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [✓] compensatory damages
      (2) [✓] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [✓] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*.

Date: 15 November 2007

Shirley Diane Way
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

| SHORT TITLE: | | PLD-PI-001(2) |
|---|---|---|
| Shirley Diane Way vs United Airlines Inc. | CASE NUMBER: | |

First _____  **CAUSE OF ACTION—General Negligence**    Page ___ 1
 (number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Shirley Diane Way

 alleges that defendant *(name):* United Airlines Inc

 ☑ Does  one _____ to  twenty _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* November 18, 2005
at *(place):* San Jose International Airport, UA Flight 406 on runway waiting to take off on

*(description of reasons for liability):*

Plaintiff Shirley Diane Way was seated with seat belt fastened on United Airlines flight 406 on
November 18, 2005, awaiting takeoff. An unidentified United Airlines employee dropped a
heavy piece of luggage from the overhead compartment directly onto the back of Ms Way's head.
The impact forced her forward into the back of the seat in front of her. The luggage then struck
the middle of her back, leaving a bruise in the shape of a metal luggage corner and permanently
damaging nerves in her back and neck. Ms Way was forced to walk off the plane on her own
unsteady power as no member of United Airlines flight crew nor ground staff assisted her,
although she recalls being asked if she was "alright" by several crew members. Each time she
asked that an ambulance be called. Members of United Airlines staff or crew made rude
comments about the plane being late and one yelled at Ms Way to "just get off" the plane. Ms
Way informed the United Airlines employees she was injured and required assistance. She
walked off the plane and into the terminal. Once inside the terminal, someone observed her
condition, realized she was in distress and called an ambulance. The San Jose Fire Department
Emergency Medical Team arrived and Ms Way was immobilized on a back board by the
ambulance crew and taken to hospital emergency where she received emergency examinations,
x-rays and pain treatment. As there was no apparent cervical damage she was released from the
hospital. Subsequently, her injuries have led to a series of examinations including MRI and
multiple X-rays, evaluation by multiple neurologists and specialists and on-going pain
management treatments. Ms Way is being treated for pain and physical torment caused by a
crushed nerve in her back and chronic cervical strain to her neck, and will require ongoing
treatments likely for the rest of her life. The negligent actions of United Airlines caused this
injury.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**united.csc**

From:    sop@cscinfo.com
Sent:    Wednesday, January 09, 2008 4:41 PM
To:      united.csc
Subject: Notice of Service of Process

08 LT 4682

JAN 1 ) 2008  Tom C.

WHOLD

# Corporation Service Company ®

CALENDERED
HRG:
DUE: 2/8/08
INITIALS: MR

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now.*
*For more information on instant access to your SOP, click Sign Me Up.*

## NOTICE OF SERVICE OF PROCESS

Transmittal Number: 5530849
Date: 01/09/2008

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process.
The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | United Air Lines, Inc. |
| **Entity I.D. Number:** | 0115287 |
| **Entity Served:** | United Air Lines, Inc. |
| **Title of Action:** | Shirley Diane Way vs. United Air Lines, Inc. |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | Santa Clara Superior Court, California |
| **Case Number:** | 107CV099006 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 01/09/2008 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |

**Sender Information:**
Shirley Diane Way
408-267-9609

**Primary Contact:**
Kim Niebuhr
UAL Corporation (United Airlines)

faxed to
Tom C.
1/11/08

1/10/2008

1    **WORTHE HANSON & WORTHE**
     A Law Corporation

2    1851 East First Street, Ninth Floor
     Santa Ana, California 92705

3      Telephone (714) 285-9600
     Facsimile (714) 285-9700

4    JEFFREY A. WORTHE, SBN 080856

5    TODD C. WORTHE, SBN 177452

6    Attorneys for Defendant, UNITED AIRLINES, INC. (erroneously sued and served as UNITED AIR

7    LINES INC.)

8            **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

9                **COUNTY OF SANTA CLARA**

10

11    SHIRLEY DIANE WAY,           )    **Case No. 107CV099006**

12             Plaintiff,       )    Assigned For All Purposes To:

13    v.                        )    **ANSWER OF UNITED AIRLINES,**

14    UNITED AIR LINES INC.       )    **INC., TO UNVERIFIED COMPLAINT**

15             Defendants.    )

16                             )    Complaint Filed: 11/16/2007

17                             )    Trial Date: None Set

18

19        **COMES NOW** Defendant, UNITED AIRLINES, INC. ("**UNITED**") for itself alone,

20    in answering the unverified Complaint of Plaintiff, SHIRLEY DIANE WAY

21    ("**PLAINTIFF**") as follows:

22                       **GENERAL DENIAL**

23        Under the provisions of Section 431.30 of the *California Code of Civil Procedure*,

24    this answering Defendant denies each and every allegation of said Complaint of Plaintiff and

25    the whole thereof, and further expressly deny that as a direct or proximate result of any act or

26    omission on the part of this answering Defendant, that Plaintiff have sustained injury or

27    damage in the amount alleged or in any amount at all.

28    ///

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE (714) 285-9600

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

## FIRST AFFIRMATIVE DEFENSE

1.     That Plaintiff's Complaint, and each and every cause of action alleged therein fails to allege facts sufficient to state a cause of action, or causes of action, against this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

2.     That at all times herein relevant the Plaintiff failed to use due, adequate, reasonable or any care for her own safety and well being and that said failure proximately resulted in all, or some portion, of the injuries or damages alleged to have been suffered by Plaintiff and that Plaintiff is thereby barred and precluded from recovering all or such portion of said damages to the extent that Plaintiff was responsible therefore.

## THIRD AFFIRMATIVE DEFENSE

3.     That at the time and place of the incident described in the Complaint on file herein, and prior thereto, Plaintiff voluntarily and knowingly assumed the risk of injury and/or damage, if any, and by reason thereof, Plaintiff is barred from any recovery herein.

## FOURTH AFFIRMATIVE DEFENSE

4.     That if the allegations contained in the Complaint are true, and the Plaintiff was injured and/or damaged as alleged, this answering Defendant alleges that said injuries and/or damages, if any, the whole or part thereof, were and are the proximate and direct result of the recklessness, carelessness and negligence of the Plaintiff, persons, individuals, entities, other than this answering Defendant, and, in the event that this answering Defendant is found to be liable to the Plaintiff herein in any manner whatsoever, or at all, this answering Defendant prays for leave of Court to compare its negligence with the negligence of such other Plaintiff, persons, individuals and entities whose conduct may, wholly or in part, have contributed to whatever injuries and/or damages said Plaintiff sustained and to require that any judgment rendered herein favor of Plaintiff and against this answering Defendant be in an amount directly proportionate to said Defendant and Plaintiff's individual degree of fault.

///

///

# FIFTH AFFIRMATIVE DEFENSE

5.    Under and pursuant to the terms of *Civil Code* §§1431.1 through 1435.5, Plaintiff is barred and precluded from recovery against this answering Defendant for any non-economic damages except those allocated to this defendant in direct proportion of its percentage of fault, if any such fault or damages there be.

# SIXTH AFFIRMATIVE DEFENSE

6.    That each and every cause of action of the Plaintiff is preempted by the Federal Aviation Act of 1958 and the Airline Deregulation Act of 1978, and as a result thereof, Plaintiff is barred from any recovery herein.

# SEVENTH AFFIRMATIVE DEFENSE

7.    Plaintiff's travel in its entirety is subject to the terms and conditions of Defendant's tariffs, conditions of contract, and other contractual limitations incorporated into Plaintiff's ticket.

# EIGHTH AFFIRMATIVE DEFENSE

8.    That if Plaintiff sustained any loss, damage or injury at or about the time and place alleged, the same were the direct and proximate result of risks, perils and dangers, if any there were, which were knowingly assumed by Plaintiffs; and that Plaintiff is thereby barred and precluded from recovery therein.

# NINTH AFFIRMATIVE DEFENSE

9.    That Plaintiff's Complaint, and each and every cause of action alleged therein, is barred and precluded pursuant to the applicable statute of limitations.

# TENTH AFFIRMATIVE DEFENSE

10.    The acts and omissions of this answering Defendant, if any, as alleged in Plaintiff's Complaint, were not an actual or proximate cause of the loss, damage, or injury, if any, for which Plaintiff seeks recovery.

///

///

///

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1

## ELEVENTH AFFIRMATIVE DEFENSE

2      12.    That *Civil Code* § 2100 is preempted by the Federal Aviation Act of 1958 and

3    the Airline Deregulation Act of 1978 and the Federal Air Regulations that control the subject

4    flight and the case law that interprets the same and, as a result thereof, this responding

5    Defendant owes a reasonable standard of care to the Plaintiff.

6

## TWELFTH AFFIRMATIVE DEFENSE

7      13.    This answering Defendant presently has insufficient knowledge and

8    information upon which to form a belief as to whether they may have additional, and as yet

9    unstated, affirmative defenses available.  As such, this answering Defendant reserves the

10   right to assert additional affirmative defenses in the event discovery reveals facts which

11   render them appropriate.

12      **WHEREFORE,** this answering defendant prays for judgment as follows:

13      1.    That Plaintiff take nothing by way of its Complaint;

14      2.    For costs of suit incurred; and

15      3.    For such other and further relief as the Court may deem just and proper.

16

17   DATED: January 22, 2008                  **WORTHE HANSON & WORTHE**

18

19                          By: _____

20                              TODD C. WORTHE, ESQ.
                                Attorneys for Defendant, UNITED
21                              AIRLINES, INC.

22

23

24

25

26

27

28

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

4

1

**PROOF OF SERVICE**

2   STATE OF CALIFORNIA)

3   COUNTY OF ORANGE   )ss
                        )

4           I am employed in the County of Orange, State of California. I am over the age of 18 and not a
    party to the within action.  My business address is 1851 East First Street, Ninth Floor, Santa Ana,
5   California 92705.

6           On January 23, 2008, I served the foregoing document described as: **ANSWER OF
    DEFENDANT, UNITED AIRLINES, INC., TO UNVERIFIED COMPLAINT** to all interested
7   parties in said action by:

8   ☐       BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s)
    listed below.  The facsimile machine I used complied with Rule 2003(3) and no error was report by
9   the machine.    Fax Number(s):

10  ☐       BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the
    offices of the addressee.
11
    ☒       BY **U.S. MAIL** as follows:
12          ☒       placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated
                    on the ATTACHED MAILING LIST.
13          ☐       I deposited such envelope in the mail at Santa Ana, California.  The envelope was
                    mailed with postage thereon fully prepaid.
14          ☒       I am "readily familiar" with the firm's practice of collection and processing
    correspondence for mailing. Under that practice it would be deposited with U.S. postal service on
15  that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of
    business. I am aware that on motion of party served, service is presumed invalid if postal
16  cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in
    affidavit.
17
    ☐       BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility
18  regularly maintained by express service carrier, or delivered to an authorized courier or driver
    authorized by the express service carrier to receive documents in an envelope or package designated
19  by the express service carrier with delivery fees paid or provided for, addressed to the person on
    whom it is to be served as indicated on the attached Service List, at the office address as last given
20  by that person on any document filed in the case and served o the party making service.

21  ☒_____STATE - I declare under penalty of perjury under the laws of the State of California that the
          above is true and correct.
22
    ☐_____FEDERAL - I declare that I am employed in the office of a member of the bar of this court at
23        whose direction the service was made.

24          Executed on January 23, 2008, at Santa Ana, California.

25

26                                                  GINA M. FISHER

27

28

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**SERVICE LIST**

*Way v. United Airlines, Inc.*
Santa Clara County Superior Court, Case No.: 107CV099006

Shirley Diane Way
2981 Tahoe Way
San Jose, CA 95125
(408) 267-9609
**PLAINTIFF IN PRO PER**

**PROOF OF SERVICE**

1   **WORTHE HANSON & WORTHE**
        A Law Corporation
2     1851 East First Street, Ninth Floor
        Santa Ana, California 92705
3       Telephone (714) 285-9600
        Facsimile (714) 285-9700
4
    JEFFREY A. WORTHE, SBN 080856
5   TODD C. WORTHE, SBN 177452

6   Attorneys for Defendant, UNITED AIRLINES, INC. (erroneously sued and served as UNITED AIR
7   LINES INC.)

8           **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

9               **COUNTY OF SANTA CLARA**

10

11  SHIRLEY DIANE WAY,                       )   **Case No. 107CV099006**
                                             )   Assigned For All Purposes To:
12                        Plaintiff,         )
                                             )
13  v.                                       )
                                             )
14  UNITED AIR LINES INC.                    )   **REQUEST FOR STATEMENT OF**
                                             )   **DAMAGES**
15                        Defendants.        )
                                             )
16                                           )
                                             )   Complaint Filed: 11/16/2007
17                                           )   Trial Date: None Set
                                             )
18                                           )

19      **TO PLAINTIFF:**

20      Pursuant to *Code of Civil Procedure* § 425.11, Defendant, UNITED AIRLINES,

21  INC., by and through its attorneys of record herein, requests that Plaintiff SHIRLEY DIANE

22  WAY, furnish a statement setting forth the nature and amount of damages being sought in

23  this action, within the time and in the manner required by law.

24

25  DATED: January 22, 2008

                              **WORTHE HANSON & WORTHE**
26

27                            By:_____
28                            TODD C. WORTHE, ESQ.
                              Attorneys   for   Defendant,   UNITED
                              AIRLINES, INC.

(Left margin, rotated): WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

(Top right stamp): CALENDERED
REC:
DUE: 2/13/00
INITIALS: ___

1 **PROOF OF SERVICE**

2 STATE OF CALIFORNIA)
                     )ss
3 COUNTY OF ORANGE   )

4        I am employed in the County of Orange, State of California. I am over the age of 18 and not a
party to the within action.  My business address is 1851 East First Street, Ninth Floor, Santa Ana,
5 California 92705.

6        On January 23, 2008, I served the foregoing document described as: **REQUEST FOR
STATEMENT OF DAMAGES** to all interested parties in said action by:
7

8 ☐      BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s)
listed below.  The facsimile machine I used complied with Rule 2003(3) and no error was report by
the machine.    Fax Number(s):
9

10 ☐     BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the
offices of the addressee.

11 ☒     BY **U.S. MAIL** as follows:
       ☒       placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated
12              on the ATTACHED MAILING LIST.
       ☐       I deposited such envelope in the mail at Santa Ana, California.  The envelope was
13              mailed with postage thereon fully prepaid.
       ☒       I am "readily familiar" with the firm's practice of collection and processing
14 correspondence for mailing. Under that practice it would be deposited with U.S. postal service on
that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of
15 business. I am aware that on motion of party served, service is presumed invalid if postal
cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in
16 affidavit.

17 ☐     BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility
regularly maintained by express service carrier, or delivered to an authorized courier or driver
18 authorized by the express service carrier to receive documents in an envelope or package designated
by the express service carrier with delivery fees paid or provided for, addressed to the person on
19 whom it is to be served as indicated on the attached Service List, at the office address as last given
by that person on any document filed in the case and served o the party making service.
20
   ☒___STATE - I declare under penalty of perjury under the laws of the State of California that the
21      above is true and correct.

22 ☐___FEDERAL - I declare that I am employed in the office of a member of the bar of this court at
       whose direction the service was made.
23
       Executed on January 23, 2008, at Santa Ana, California.
24

25                                              _____
26                                              GINA M. FISHER
27
28

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1

**SERVICE LIST**
*Way v. United Airlines, Inc.*

2      Santa Clara County Superior Court, Case No.: 107CV099006

3

4      Shirley Diane Way
       2981 Tahoe Way
5      San Jose, CA 95125
       (408) 267-9609
6      **PLAINTIFF IN PRO PER**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

Shirley Diane Way
2981 Tahoe Way
San Jose, CA 95125

March 07, 2008

Worthe Hanson & Worthe
1851 East First Street, Ninth Floor
Santa Ana, CA 92705
Fax #: 714-285-9700

**RE:** *Way v. United Airlines, Inc., et al.*

Dear Mr.Worthe:

This suit is based on injuries that I received on UA Flight 406 scheduled to fly from San Jose CA to Denver CO on Nov. 18, 2005. These injuries were a direct result of a United Airlines employee failing to use due care while rearranging luggage in an overhead compartment, and subsequently dropping a heavy piece of luggage on my head and back while I was seated and belted into my assigned aisle seat (21D). Following the accident, I was taken by ambulance to the Kaiser Hospital emergency room where I received the first of many subsequent rounds of medical treatment. Nearly three years later, I am still receiving medical treatment for these injuries.

While most of the biographical information and the outline of some damages are contained within the enclosed medical records and the responses to your interrogatives, this letter serves as an outline for damages to support a proposed settlement of $300,000. This figure includes loss of income, loss of future income, medical expenses past and ongoing, pain and suffering, permanent loss of function relative to a having sustained a life altering injury, and the accordant lifestyle modifications that this injury has required.

**Loss of Income:**

I am a self-employed writer, photographer, visual artist, and educator. Due to chronic physical limitations and pain from the accident, I am severely limited and sometimes wholly unable to create or market my work, as well as being unable to actively seek or to accept performance, exhibition, lecture, teaching or other engagements which support my work. Prior to the accident, my average yearly earnings were $12,000. Since the accident, I have been unable to work resulting in a loss of approximately $12,000 per year. As a result of this accident, I have lost approximately $31,000 in income.

## Loss of Future Income, Permanent Disability, and Impairment of Earning Capacity:

It is the opinion of my medical providers[1] that the permanent loss of function and chronic pain that I continue to experience as a result of my injuries will continue to impede my ability to work, to market my work, and to engage in work-related travel. As a result of this accident, I can reasonable expect to lose $240,000, which is my annual income averaged over the next twenty years of my working life.

## Special Damages:

I sustained a life-altering injury which has left me permanently disabled. My disability has required and will continue to require a number of special accommodations including: purchasing assistive technology for my computer; installing therapeutic seating in my home and car; and purchasing a car that has an automatic transmission, large internal cabin, and installing specialized mirrors that will allow me to see without having to rotate my neck. To date, these expenses have totaled $28,311 for vehicle related modifications and $650 for therapeutic seating for my home. I estimate that I will have to spend an additional $5,000 on supplementary therapeutic seating, assistive technology, and additional vehicle modifications.

## General Damages – Pain & Suffering:

I estimate the real cost of my general damages to be $50,000. Due to United Airline's negligence, I have sustained a permanent disability[2] that has significantly altered my day-to-day life. The pain from the initial injury continues to this day and I am unable to meaningfully engage in either my profession or my artistic work. It is unlikely that I will ever be able to take part in a number of physical activities again. My permanent loss of quality of life is significant.

I will require continued medical treatment for residual pain and related injuries stemming from the initial accident. The estimated cost for weekly pain management treatment over the next twenty years is $200,000.

## Total General Damages:  $599,961.

Based on the calculations that I have outlined above, the real sum for the total damages relative to the injuries that I sustained are approximately $599, 961. I am proposing a total settlement of $300,000, which is approximately half of this sum.

I am hoping that we can meet to discuss this matter further prior to March 21, 2008. This will allow sufficient time prior to our scheduled appearance in Santa Clara County

---

[1] See medical records of S. D. Way - Statements from Doctors Sukola, Greenwald, Fetters, Suryaraman, Englehardt

[2] Although my medical providers have deemed that my injury has caused permanent disability, the precise percentage of loss will be calculated during medical team evaluation that is scheduled for later this month.

Superior Court ADR Case Management Conference for the filing of an ADR Stipulation Form and cancel that appearance.[3]

I look forward to hearing from you.

Regards,

Shirley Diane Way
2981 Tahoe Way
San Jose, CA 95125
408-267-9609 (messages)
shyinchi@gmail.com

---

[3] As I'm sure you're well aware, I must filed this at least 15 days in advance of our April 8th appointment.

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                    )ss
COUNTY OF ORANGE   )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On April 2, 2008, I served the foregoing document described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1446(b) and U.S.C. §1441(b)** to all interested parties in said action by:

☐    BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.    Fax Number(s):

☐    BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒    BY **U.S. MAIL** as follows:
   ☒    placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
   ☐    I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
   ☒    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐____STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒____FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 3, 2008, at Santa Ana, California.

_____
GINA M. FISHER

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

*Way v. United Airlines, Inc.*
[Santa Clara County Superior Court, Case No.: 107CV099006]
REMOVED TO U.S.D.C.

Shirley Diane Way
2981 Tahoe Way
San Jose, CA 95125
(408) 267-9609
**PLAINTIFF IN PRO PER**

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA **ORIGINAL**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SHIRLEY DIANE WAY

**DEFENDANTS**
UNITED AIRLINES, INC.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
SAN JOSE

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
ILLINOIS

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Shirley Diane Way
2981 Tahoe Way
San Jose, CA 95125

Attorneys (If Known)
TODD C. WORTHE, ESQ.
WORTHE HANSON & WORTHE
1851 EAST FIRST STREET, NINTH FLOOR
SANTA ANA, CA 92705  (714) 285-9600

C08  01781  HRL
ADR
E-FILING

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding

☑ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No

☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Removal under 28 U.S.C. Sections 1446(b) and 1441(b), Diversity

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☑ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)

CIVIL COVER SHEET

Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET
#### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
SHIRLEY DIANE WAY, San Jose, California, Santa Clara County

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
UNITED AIRLINES, INC. - Incorporated under the laws of the state of Delaware, principal place of business in the state of Illinois.

List the California County, or State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Santa Clara County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____     Date  3/27/08

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |