**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705

Telephone (714) 285-9600
Facsimile (714) 285-9700

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC. (erroneously sued and served as UNITED AIR LINES INC.)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY DIANE WAY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED AIR LINES INC. <br><br> Defendants. | **Case No. C 08 01781 HRL** <br> **[Santa Clara County Superior Court Case No. 107CV099006]** <br><br> **STIPULATION RE: DISMISSAL** <br><br><br><br> Complaint Filed: 11/16/2007 <br> Trial Date: None Set |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: April 15, 2008                    **WORTHE HANSON & WORTHE**


By: _____
       TODD C. WORTHE, ESQ.
       Attorneys for Defendant, UNITED
       AIRLINES, INC.

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE (714) 285-9600

1   DATED: April 15, 2008

By: _____
    SHIRLEY DIANE WAY,
    Plaintiff In Pro Per

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1

# PROOF OF SERVICE

2  STATE OF CALIFORNIA)
                              )ss
3  COUNTY OF ORANGE   )

4       I am employed in the County of Orange, State of California. I am over the age of 18 and not a
5  party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana,
   California 92705.

6       On May 5, 2008, I served the foregoing document described as: **STIPULATION RE:
   DISMISSAL AND PROPOSED ORDER ON STIPULATION RE: DISMISSAL** to all
7  interested parties in said action by:

8  ☐       BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s)
   listed below.  The facsimile machine I used complied with Rule 2003(3) and no error was report by
9  the machine.    Fax Number(s):

10 ☐       BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the
   offices of the addressee.

11 ☒       BY **U.S. MAIL** as follows:
12     ☒       placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated
                   on the ATTACHED MAILING LIST.
13     ☒       I deposited such envelope in the mail at Santa Ana, California.  The envelope was
                   mailed with postage thereon fully prepaid.
14     ☒       I am "readily familiar" with the firm's practice of collection and processing
   correspondence for mailing. Under that practice it would be deposited with U.S. postal service on
15 that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of
   business. I am aware that on motion of party served, service is presumed invalid if postal
16 cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in
   affidavit.
17

18 ☐       BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility
   regularly maintained by express service carrier, or delivered to an authorized courier or driver
19 authorized by the express service carrier to receive documents in an envelope or package designated
   by the express service carrier with delivery fees paid or provided for, addressed to the person on
20 whom it is to be served as indicated on the attached Service List, at the office address as last given
   by that person on any document filed in the case and served o the party making service.

21 ☒____STATE - I declare under penalty of perjury under the laws of the State of California that the
           above is true and correct.
22
23 ☐____FEDERAL - I declare that I am employed in the office of a member of the bar of this court at
           whose direction the service was made.

24     Executed on May 5, 2008, at Santa Ana, California.

25
26                              _GINA M. FISHER_____
   GINA M. FISHER
27
28

## SERVICE LIST

*Way v. United Airlines, Inc.*
U.S.D.C. Case No.: C 08-01781HRL

Shirley Diane Way
2981 Tahoe Way
San Jose, CA 95125
(408) 267-9609
**PLAINTIFF IN PRO PER**

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

1  **WORTHE HANSON & WORTHE**
         A Law Corporation
2       1851 East First Street, Ninth Floor
          Santa Ana, California 92705
3         Telephone (714) 285-9600
          Facsimile (714) 285-9700
4
   JEFFREY A. WORTHE, SBN 080856
5  TODD C. WORTHE, SBN 177452

6  Attorneys for Defendant, UNITED AIRLINES, INC. (erroneously sued and served as UNITED AIR
   LINES INC.)
7

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11 SHIRLEY DIANE WAY,                      )  **Case No. C 08 01781 HRL**
                                           )  **[Santa Clara County Superior Court**
12                        Plaintiff,       )  **Case No. 107CV099006]**
                                           )
13 v.                                      )  **[PROPOSED] ORDER ON**
                                           )  **STIPULATION RE: DISMISSAL**
14 UNITED AIR LINES INC.                   )
                                           )
15                        Defendants.      )
                                           )
16                                         )
                                           )
17                                         )  Complaint Filed: 11/16/2007
                                           )  Trial Date: None Set
18 _____   )

19      **GOOD CAUSE APPEARING AND PURSUANT TO THE**

20 **STIPULATION BETWEEN THE PARTIES:**

21      **IT IS HEREBY ORDERED** that the above-captioned action be and hereby is

22 dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

23

24 DATED: _____          _____
                                          HONORABLE JUDGE OF THE
25                                        U.S. DISTRICT COURT,
                                          HOWARD R. LLOYD
26

27

28

WORTHE, HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600