**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705

Telephone (714) 285-9600
Facsimile (714) 285-9700

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, UNITED AIRLINES, INC. (erroneously sued and served as UNITED AIR LINES INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| SHIRLEY DIANE WAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED AIR LINES INC.<br><br>　　　　Defendants. | Case No. C 08 01781 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Complaint Filed: 11/16/2007<br>Trial Date: None Set |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: May 6, 2008                              **WORTHE HANSON & WORTHE**

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　TODD C. WORTHE, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, UNITED
　　　　　　　　　　　　　　　　　　　　　　　　　　AIRLINES, INC.

1
CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

| | |
|---|---|
| DATED: *May 11, 2008* | By: *[signature]*<br>SHIRLEY DIANE WAY,<br>Plaintiff in Pro Per |