*E-filed 5/20/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY DIANE WAY, | Case No. 08-01781 HRL |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION RE: DISMISSAL** |
| UNITED AIR LINES INC., | |
| Defendant. | |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES**:

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41 (a)(1).

Dated: 5/20/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  Notice will be electronically mailed to:

2  Jeffrey Alfred Worthe  JWorthe@whwlawcorp.com

3  Todd Christopher Worthe  tworthe@whwlawcorp.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

7  Notice will be mailed to:

8  Shirley Diane Way, 2981 Tahoe Way, San Jose, CA 95125, PRO SE

10  Dated: 5/20/08                                  /s/ MPK

11                                          Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2